# Order

Michigan Supreme Court
Lansing, Michigan

October 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

152152 & (11)(12)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 152152
                                         COA: 325621

EVERETT DYSON,
      Defendant-Appellant.
                                         Wayne CC: 89-014558-FC

_____/

      On order of the Court, the motion to add issues is GRANTED. The application for leave to appeal the June 22, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to remand is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2016



                                    Clerk

s1017